IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIEARRAH BADGER, | CIVIL ACTION |
| Plaintiff, | |
| vs. | DOCKET NO: 2:21-cv-15856-ES-ESK |
| WINGATE MANAGEMENT COMPANY, LLC and JOHN DOES 1-5 AND 6-10, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to the above-captioned action that all claims are hereby dismissed with prejudice and without fees and costs to either side.

**COSTELLO & MAINS, LLC**

By: _s/ Miriam S. Edelstein_
     Miriam S. Edelstein

Dated: 11/7/2022

**JACKSON LEWIS P.C.**

By: _[signature]_
     John F. Tratnyek

Dated: 11/7/22

**SO ORDERED.**
The Clerk of the Court shall mark this matter **CLOSED.**

_[signature]_
Hon. Esther Salas, U.S.D.J.
Dated: Nov. 30, 2022